

November 3, 2023

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                              Re:     *United States v. Steven Hernandez*
                                      **23-CR-564 (PAE)**

Dear Judge Engelmayer:

        As discussed at today's conference, Mr. Hernandez was released on October 5, 2023 on
bond.  One of the conditions of his release subjects him to home confinement.  Pretrial Services,
which is supervising Mr. Hernandez, has asked the defense to request a modification of his
bond to permit Mr. Hernandez to leave his house to get food between 8am-9am, 12pm-1pm,
and 7pm-8pm, daily.  The government and Pretrial Services consent to this modification, with
the condition that Mr. Hernandez return immediately home after obtaining his food during
each of the three daily periods.

        Accordingly, I respectfully request that Mr. Hernandez be permitted to leave his home
between 8am-9am, 12pm-1pm, and 7pm-8pm daily to get food, with the understanding that he
returns home immediately after getting his food.

        Thank you for your consideration.


                              Sincerely,

                                   /s/

                              Florian Miedel
                              *Counsel for Steven Hernandez*


**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 10.

                   SO ORDERED.            11/3/2023

                   _____
                   PAUL A. ENGELMAYER
                   United States District Judge